OPINION — AG — KEY WORDS: ACQUIRE IN FEE SIMPLE IN THE NAME OF THE STATE OF OKLAHOMA, BY PURCHASE, DONATION, OR CONDEMNATION, LANDS OR SUCH INTEREST, PURPOSE OF ESTABLISHING, CONSTRUCTING AND MAINTAINING STATE HIGHWAYS OR RELOCATION THERETO, LAND ACQUIRED, STATE DEPARTMENT OF TRANSPORTATION, ANSWER: HOUSE BILL NO. 501, SECTION 1203 IS CONSTITUTIONAL. CITE: ARTICLE II, SECTION 24, 69 O.S. 1961 24 [69-24] (BRIAN UPP)